UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DUCKY LTD.,<br><br>  Plaintiff,<br><br>v.<br><br>IVILIIA MILLIONIC IT SP. Z O.O.,<br><br>  Defendant. | Case No. 24-cv-02268-PHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. 18 |

# ORDER

Plaintiff Ducky LTD requests in its Case Management State to continue the Case Management Conference because Defendant Iviliia Millionic IT has not been served nor made an appearance in this action. [Dkt. 18 at 2]. Specifically, Plaintiff Ducky LTD requests that the Court continue the Case Management Conference by **90 days** and direct the Parties to submit a joint case management statement **15 days** prior to the new case management conference date. *Id.* Due to the procedural posture of this case, the Court **GRANTS** Plaintiff Ducky LTD's request.

**IT IS SO ORDERED.**

Dated: July 29, 2024

_____
PETER H. KANG
United States Magistrate Judge