**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Kelly Mulcahy (Bar No. R305472)
Leah Rosa Vulić (Bar No. 343520)
548 Market Street #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
kelly@kr.law
leah@kr.law

Attorneys for Plaintiff Ducky Ltd.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**DUCKY LTD.**,

Plaintiff,

v.

**IVILIIA MILLIONIC IT SP. Z O.O.**,

Defendant.

Case No. 3:24-cv-02268-PHK

**PLAINTIFF DUCKY LTD.'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT IVILIIA MILLIONIC IT SP. Z O.O.**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Federal Rule of Civil Procedure 55, Plaintiff Ducky Ltd., through its attorneys, hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant Iviliia Millionic IT sp. s o.o. ("Defendant") as to the Complaint on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by law.

Plaintiff filed the operative Complaint on April 16, 2024, naming Defendant as a defendant. [D.E. No. 1.] The Court issued a Summons to Defendant on April 19, 2024. [D.E. No. 7.] Defendant was served with the Complaint and Summons on July 24, 2024, under Federal Rule of Civil Procedure 4(f)(1) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents ("Hague Convention"). [D.E. No. 21.] Specifically, the Regional Court of Warsaw Poland, the Central Authority-designee for Poland under Article 18 of the Hague Convention, served Defendant with process by a method prescribed by Polish law for the service of documents in domestic actions upon persons who are within its territory under Article 5 of the Hague Convention.

The time allowed for Defendant to respond to the Complaint has expired. Defendant has not filed any responsive pleading or motion or otherwise appeared in the action. (Declaration of Jeffrey M. Rosenfeld in Support of Plaintiff's Request for Entry of Default Against Defendant Iviliia Millionic IT sp. s o.o. ("Rosenfeld Decl.") ¶5.)

Defendant is not a minor, incompetent person, or a member of the military. (Rosenfeld Decl. ¶6.)

This Request is based upon the Proof of Service for the Summons and Complaint, which has been filed with the Court [D.E. No. 21] and the accompanying declaration of Jeffrey M. Rosenfeld.

//

//

//

//

Respectfully Submitted,

DATED: October 29, 2024

**KRONENBERGER ROSENFELD, LLP**

By: /s/ Jeffrey M. Rosenfeld
Jeffrey M. Rosenfeld

Attorneys for Plaintiff Ducky Ltd.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108