**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Kelly Mulcahy (Bar No. 305472)
548 Market Street #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
kelly@kr.law

Attorneys for Plaintiff Ducky Ltd.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **DUCKY LTD.**, | Case No. 3:24-CV-02268-PHK |
| Plaintiff, | |
| v. | **PLAINTIFF DUCKY LTD.'S NOTICE OF WITHDRAWAL OF MOTION FOR ORDER AUTHORIZING SERVICE UNDER FED. R. CIV. P. 4(F)(3) AND 4(H)(2)** |
| **IVILIIA MILLIONIC IT SP. Z O.O.**, | |
| Defendant. | |

Case No. 3:24-cv-02268-PHK

**PLAINTIFF'S NTC OF WITHDRAWAL FOR ALTERNATIVE SERVICE**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Ducky Ltd. respectfully withdraws its Motion for Order Authorizing Service Under Federal Rules of Civil Procedure 4(f)(3) and 4(h)(2) filed on June 7, 2024 [D.E. No. 13].

Respectfully Submitted,

DATED: October 31, 2024

**KRONENBERGER ROSENFELD, LLP**

By: _____s/ Jeffrey M. Rosenfeld_____
           Jeffrey M. Rosenfeld

Attorneys for Plaintiff Ducky Ltd.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

Case No. 3:24-cv-02268-PHK               1               **PLAINTIFF'S NTC OF WITHDRAWAL FOR ALTERNATIVE SERVICE**