UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 2/27/2025 | **Time:** 1:53pm-2:12pm (19m) | **Judge:** PETER H. KANG |
|---|---|---|
| **Case No.:** 24-cv-02268-PHK | **Case Name:** Ducky Ltd. v. Iviliia Millionic IT Sp. z o.o. | |

**Attorney for Plaintiff:** Jeffrey Rosenfeld
**Attorney for Defendant:** Not Present

**Deputy Clerk:** Julia Macias                **Court Reporter:** Liberty Recording

### PROCEEDINGS

Motion for Default Judgment Hearing held. Defendant did not appear. Discussion held regarding posture of case and next steps. Plaintiff withdraws Motion for Default without prejudice. Court orders Plaintiff to file a motion under 17 U.S.C. Section 411(b) (not to exceed 5 pages) as discussed at the hearing, due Friday, March 21, 2025. Defendant opposition due: March 28, 2025.