**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Kelly Mulcahy (Bar No. 305472)
548 Market Street #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
kelly@kr.law

Attorneys for Plaintiff Ducky Ltd.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| **DUCKY LTD.**,<br><br>            Plaintiff,<br><br>     v.<br><br>**IVILIIA MILLIONIC IT SP. Z O.O.**,<br><br>            Defendant. | Case No. 3:24-CV-02268-PHK<br><br>**DECLARATION OF JEFFREY M. ROSENFELD IN SUPPORT OF PLAINTIFF DUCKY LTD.'S RENEWED MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT IVILIIA MILLIONIC IT SP. Z O.O.**<br><br>Date:        January 24, 2024<br>Time:       2:30 p.m.<br>Ctrm:      F – 15th Floor<br>Judge:     The Hon. Peter H. Kang |

Case No. 3:24-cv-02268-PHK

**DECL OF J. ROSENFELD ISO RENEWED MTN FOR DEFAULT JUDGMENT**

I, Jeffrey M. Rosenfeld, do hereby declare:

1.     I am an attorney admitted to practice law in the State of California and before this Court. I am a partner at the law firm of Kronenberger Rosenfeld, LLP, counsel of record for Plaintiff Ducky Ltd. ("Plaintiff") in the above-captioned matter. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration.

2.     On April 16, 2024, my office filed Plaintiff's Complaint. [D.E. No. 1.]

3.     On May 29, 2024, my office, in coordination with Plaintiff's Polish counsel (Jakub Bogucki of Rymarz Zdort Maruta), submitted a completed application ("Hague Convention Application") to serve Defendant under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents ("Hague Convention") to the Polish Central Authority-designee— i.e., the President of the Regional Court of Warsaw.

4.     On October 25, 2024, my office received the returned and executed Hague Convention Application from the Regional Court of Warsaw, which was attached to an enclosure letter in Polish. My office filed with this Court the returned and executed Hague Convention Application, the enclosure letter in Polish, and a translation of the enclosure letter in English. [D.E. Nos. 21 & 22.]

5.     Defendant has not responded to the Complaint by pleading, motion, or otherwise, and I have not received any communications from Defendant or its counsel (if any).

6.     Concurrently with the filing of this motion, my office is serving Defendant with a copy of all of the moving papers by email to the address identified in Plaintiff's withdrawn Motion for Order Authorizing Service Under Fed. R. Civ. P. 4(f)(3) and 4(h)(2), namely addresses info@iviliiamilionicit.com, ivilliamilionic@gmail.com, and iviliiamillioniciit@gmail.com. [D.E. No. 13.]

7.     Because Defendant is not a natural person, Defendant is not a minor nor an incompetent person nor an active member of the military.

8.     On September 4, 2024, I wrote to Apple and Google, enclosing a copy of the Polish court injunction and "Requesting Apple's cooperation in enforcing this injunction should Iviliia again attempt to submit fraudulent takedown notices to Apple." Google did not respond to my

communication. On September 23, 2024, Apple sent a response, a true and correct copy of which is attached hereto as **Exhibit A**. In its response, Apple states, "[u]pon review of the injunction, it does not appear that Apple Inc. or any Apple-affiliated entities were named as a party in that action. Accordingly, we do not believe that this injunction requires any action on Apple's part."

9. On September 29, 2025, my office performed an Accurint search on Defendant, i.e. Iviliia Millionic IT Sp. Z O.O ("Iviliia"). An Accurint report is a detailed background check and data report generated by LexisNexis' Accurint service, commonly used by government agencies, law enforcement, financial institutions, and employers to research and evaluate individuals and corporate entities for various purposes such as fraud prevention, investigations, asset identification, and employment screening. Accurint did not return any results for Iviliia. Additionally, I performed web research on Iviliia. While this research yielded numerous "hits," it did not reveal any contacts or presence by Iviliia in the United States other than Iviliia's involvement in this lawsuit and notices by interactive computer services that material had been removed based on takedown notices submitted by Iviliia.

10. Kronenberger Rosenfeld, LLP ("Kronenberger Rosenfeld") is AV-rated and its attorneys are accomplished trial and complex litigation attorneys. Martindale-Hubbell rates our firm as "AV Preeminent," which is the highest rating available in the Martindale-Hubbell peer rating system. Kronenberger Rosenfeld has a national practice with eight attorneys and two paralegals.

11. I am a partner of Kronenberger Rosenfeld. For over two decades, I have focused my legal practice on intellectual property litigation, speech litigation, and internet-related litigation. I have significant experience litigating copyright disputes. Prior to joining Kronenberger Rosenfeld, I was a litigation associate with Howard Rice Nemerovski Canady Falk & Rabkin in San Francisco, and before that, a litigation and privacy associate with Covington & Burling in Washington, D.C. I received my J.D., *magna cum laude*, from the Georgetown University Law Center in 2002, where I was elected to the Order of the Coif and was an editor on the Georgetown Law Journal, and I received my A.B. from Stanford University. In this matter, Kronenberger Rosenfeld has billed my time first at $675/hour (and later at $695/hour when the firm implemented

Case No. 3:24-cv-02268-PHK

1

**DECL OF J. ROSENFELD ISO RENEWED MTN FOR DEFAULT JUDGMENT**

a uniform attorney rate increase).

12. Kelly Mulcahy is a senior associate with Kronenberger Rosenfeld. Kelly obtained her B.A. from the University of California, Irvine in 2009 and received her J.D. from Golden Gate University School of Law in 2014. For nearly eight years, Kelly's legal practice has focused on intellectual property, including trademark enforcement and prosecution. Since joining Kronenberger Rosenfeld in 2020, Kelly has continued to counsel clients on intellectual property matters in addition to privacy and internet-related litigation. In this matter, Kronenberger Rosenfeld has billed Kelly's time at $415/hour (and later at $440/hour when the firm implemented a uniform attorney rate increase).

13. Where possible, Kronenberger Rosenfeld used paralegals to perform the work in litigating this case. Paralegal Jasper Eagleton graduated from Texas State University – San Marcos in 2009, and in 2015 obtained a paralegal certificate through the Center for Advanced Legal Studies. Further, Jasper has a Certified Paralegal credential through the National Association of Legal Assistants. Jasper has thirteen years of experience as a paralegal, including over six years of experience in civil litigation. Jasper joined Kronenberger Rosenfeld as a paralegal in 2021. Paralegal Ema Tilton graduated from John Jay College of Criminal Justice in 2009 with a B.A. in Forensic Psychology, and recently completed a Master of Legal Studies (MLS) from Arizona State University.Ema has been working as a paralegal for over twelve years and is well-versed in all aspects of civil procedure. Ema joined Kronenberger Rosenfeld as a paralegal in 2022. In this matter, Kronenberger Rosenfeld billed Jasper's and Ema's time at $225 per hour.

14. To date, Plaintiff has incurred $64,676.22 in fees litigating this case and directly related matters. Kronenberger Rosenfeld, LLP generates billing summaries on a regular basis, which include billing times and work descriptions. My colleagues and I adhered to Kronenberger Rosenfeld's billing procedures in tracking and entering our time billed in litigating this case. Attached hereto as **Exhibit B** is a true and correct copy of a billing summary reflecting the work Kronenberger Rosenfeld billed in litigating this action. As **Exhibit B** shows, in total, Kronenberger Rosenfeld has billed Plaintiff $47,699 for all aspects of litigating this action.

I declare under penalty of perjury under the laws of the United States of America that the

Case No. 3:24-cv-02268-PHK

1

**DECL OF J. ROSENFELD ISO RENEWED MTN FOR DEFAULT JUDGMENT**

foregoing is true and correct and that this declaration was executed on October 31, 2024 in San Francisco, California.

By:  /s/ Jeffrey M. Rosenfeld
       Jeffrey M. Rosenfeld

Case No. 3:24-cv-02268-PHK

1

**DECL OF J. ROSENFELD ISO RENEWED MTN FOR DEFAULT JUDGMENT**