# Exhibit A



September 23, 2024

Jeffrey M. Rosenfeld
Kronenberger Rosenfeld, LLP
150 Post Street, Ste 520
San Francisco, CA 94108

<u>Via FedEx</u>

**Re:    Ducky Ltd. v. Iviliia Millionic IT Sp. z o.o., Regional Ct. of Warsaw, Case No. XXII GWo 222/24**
**Ducky Ltd. v. Iviliia Millionic IT Sp. z o.o., U.S. Dist. Ct., N.D. Cal., Case No. 3:24-cv-02268**

Dear Mr. Rosenfeld,

I write in response to your September 4, 2024 email to "<u>subpoenas@apple.com</u>" in which you describe an injunction issued by the Regional Court of Warsaw on August 2, 2024 in the above-captioned action. For future correspondence related to this matter, please direct it to me at <u>bier@apple.com</u>.

Upon review of the injunction, it does not appear that Apple Inc. or any Apple-affiliated entities were named as a party in that action. Accordingly, we do not believe that this injunction requires any action on Apple's part.

If you have any questions or would like to discuss this matter further, please do not hesitate to contact me.

Sincerely,

David J. Bier
Legal Counsel
<u>bier@apple.com</u>