**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DUCKY LTD., | Case No.  5:24-cv-02268-BLF |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION; GRANTING MOTION FOR DEFAULT JUDGMENT** |
| IVILIIA MILLIONIC IT SP. Z O.O., | |
| Defendant. | [Re: ECF Nos. 51, 57] |

The Court has reviewed the Report and Recommendation ("R&R") of Magistrate Judge Peter H. Kang, ECF No. 57, recommending that the Court grant Plaintiff Ducky Ltd.'s motion for default judgment, ECF No. 51, against Defendant Iviliia Millionic IT Sp. z o.o.  The R&R was served on Defendant by email and mail on April 3, 2026.  ECF No. 60.  Defendant thereafter had fourteen days to object to the R&R.  *See* Fed. R. Civ. P. 72(b)(2).  Defendant did not file an objection within the time provided and still has not filed an objection.

The Court finds the R&R to be correct, well-reasoned and thorough.  In particular, the Court agrees with Judge Kang's conclusions that jurisdiction is proper, service of process on Defendant was adequate, and default judgment is warranted after weighing the factors set forth in *Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986).  See R&R at 5–10.

Rule 54(c) provides that a "default judgment must not . . . exceed in amount . . . what is demanded in the pleadings."  Fed. R. Civ. P. 54(c).  The purpose of this rule is to ensure that a defendant is put on notice of the damages being sought against it so that the defendant may make a calculated decision as to whether to answer.  *In re Ferrell*, 539 F.3d 1186, 1192–93 (9th Cir. 2008)).  Here, the complaint put Defendant on notice that Plaintiff would seek declaratory and injunctive relief, as well as attorneys' fees and costs.  Plaintiff emailed a copy of its motion for

United States District Court
Northern District of California

default judgment to Defendant and provided an affidavit regarding the calculation of attorneys' fees and costs, *see* ECF No. 52, which the Court finds to be reasonable.

Accordingly, IT IS HEREBY ORDERED THAT:

(1) The R&R is ADOPTED in full.

(2) The motion for default judgment is GRANTED.

(3) This order terminates ECF Nos. 51, 57.

**IT IS SO ORDERED.**

Dated:  April 20, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

2